**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **ANGELA STILES, on behalf of B.B., a minor** | **PLAINTIFF** |
| vs. | **CIVIL ACTION No.: 3:19-CV-292-HTW-JCG** |
| **NANCY BERRYHILL, acting Commissioner for Social Security** | **DEFENDANT** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge John C. Gargiulo **[Docket no. 16]**, the plaintiff's written objection thereto [Docket no. 18], and the defendant's response in opposition to plaintiff's objection [Docket no. 19]. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid Objection, finds same not well taken.

Accordingly, the Report and Recommendation of United States Magistrate Judge Walker is hereby **ADOPTED** as the order of this court. **[Docket no. 16].** Plaintiff's Motion for Summary Judgment **[Docket no. 10]** is hereby **DENIED.** Defendant's Motion to Affirm Decision of the Commissioner **[Docket no. 12]** is hereby **GRANTED**. Plaintiff's Social Security appeal is **DISMISSED WITH PREJUDICE**.

SO ORDERED this the 20th day of July, 2020.

s/ **HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**